UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00293-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERONZA THORNE | ) | |
| GLENTAVIS MCCOREY | ) | |
| JASON HILL, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant Jeronza Thorne's Motion to Dismiss based on Outrageous law Enforcement Conduct, in which his co-defendant's have joined. The court will calendar that motion for oral arguments following calendar call on September 15, 2014. Further, all counsel should consider and be prepared to discuss the recent published Fourth Circuit decision in United States v. McLaurin, No. 13-4138, ___F.3d ___ (4th Cir. Aug. 22, 2014), which originated in this district and involved what appears to be a similar "stash house argument." Of particular concern is why the public defender is raising the "stash house" issue in this case in the form of a Motion to Dismiss rather than in the form of an affirmative entrapment defense as was the case in McLaurin. There, the appellate court determined Judge Conrad properly instructed the jury that entrapment was an issue of fact for the jury to determine.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Jeronza Thorne's Motion to Dismiss based on Outrageous law Enforcement Conduct (#74), along with his co-defendants' Motion to

Join such motion, shall be noticed by the Clerk of Court for oral arguments following the September 15, 2014, calendar call.

Signed: August 29, 2014

Max O. Cogburn Jr.
United States District Judge