UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00293-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERONZA THORNE** | ) | |
| **GLENTAVIS MCCOREY** | ) | |
| **JASON HILL,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion for peremptory Setting.

As this matter is now the first matter on for trial during the September 2014 term, the motion will

be denied as moot.

### ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for peremptory

Setting (#87) is DENIED as moot.

Signed: September 16, 2014

Max O. Cogburn Jr.
United States District Judge